IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| JUDY STURTEVANT | § | PLAINTIFF |
| | § | |
| v. | § | CAUSE NO. 1:04CV896 |
| | § | |
| PASCAGOULA MUNICIPAL | § | |
| SCHOOL DISTRICT | § | DEFENDANTS |

## JUDGMENT

This cause came on for hearing before the Court on the Motion for Summary Judgment [32] filed by Defendant Pascagoula Municipal School District, the issues having been duly heard and considered and a decision having been duly rendered by separate Memorandum Opinion;

**IT IS THEREFORE ORDERED AND ADJUDGED** that, as to Plaintiff's claims against the Defendant, the Motion for Summary Judgment [32] filed by Defendant Pascagoula Municipal School District is **GRANTED**. Plaintiff's claims against the Defendant are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED AND ADJUDGED** that, as to Defendant's Counterclaim against the Plaintiff, the Motion for Summary Judgment [32] filed by Defendant Pascagoula Municipal School District is **GRANTED**. The Defendant, Pascagoula Municipal School District shall recover of Plaintiff, Judy Sturtevant, the sum of $3,094.51, with interest thereon at the rate of 5.17% until paid in full.

**SO ORDERED AND ADJUDGED** this the 7th day of August, 2006.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE